MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

**Unclaimed Dividends and/or
Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:   Mitchell Craig Newman

Chapter 7

Case No. 10-32215

*RECEIVED 10 OCT 27 AM 11: 34 U.S. BANKRUPTCY COURT ST. PAUL, MN*

Please Check One:

_____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Red Cedar Medical Center Hospital<br>2321 Stout Road<br>Menomonie, WI 54751 | 1 | $212.84 | $3.93 |
| Charter Communications<br>165 Knights Way, Suite 100<br>Fond Du Lac, WI 54935 | 2 | $175.32 | $3.23 |
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | 6 | $165.93 | $3.06 |

# 2912

Date: October 25, 2010

/s/ Mary Jo A. Jensen-Carter
Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475